IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN L. HAMILTON, JR.**                                                                         **PLAINTIFF**
**#02395-21**

v.                                    No. 4:22-cv-00292-LPR

**ERIC HIGGINS, et al.**                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 7). No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings.[1]

IT IS THEREFORE ORDERED THAT:

1. Hamilton Jr.'s claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. The Court recommends that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] With respect to Mr. Hamilton's religious exercise claim, I am not convinced that a viable claim would require all of the factual allegations called for by the PFR. However, at a minimum, Mr. Hamilton would need to specifically identify the "religious materials" he references in his Complaint. Without such identification, calling them religious materials is conclusory and not enough to state a viable claim.

IT IS SO ORDERED this 3rd day of January 2023.

                                                                  _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE