# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KEVIN L. HAMILTON, JR.**                                                   **PLAINTIFF**
**#02395-21**

v.                                   **No. 4:22-cv-00292-LPR**

**ERIC HIGGINS, et al.**                                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Kevin L. Hamilton, Jr.'s Complaint is dismissed without prejudice. The Court recommends that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of January 2023.

                                                                   _____
                                                                   LEE P. RUDOFSKY
                                                                   UNITED STATES DISTRICT JUDGE